# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136272

IN RE LESLIE E. TASSELL TRUSTS.

_____/

KRYSTYNA W. COTTER, individually and as
guardian of her son, HARRY COTTER,
      Petitioner-Appellant,

v

ESTATE OF LESLIE E. TASSELL, Deceased,
JOYCE S. WISNER and DAVID C.
BOTTRALL, Co-Trustees of the Leslie E.
Tassell Trust and Co-Personal Representatives
of the Estate of Leslie E. Tassell, Deceased,
and FOUNDERS TRUST PERSONAL BANK,
Trustee of the Krystyna W. Cotter Trust #2,
      Respondents-Appellees.

SC: 136272
COA: 279543
Kent Probate Court:
04-177973-TV

_____/

      On order of the Court, the application for leave to appeal the March 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

d0721